UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Civil Action Nos. 1:00-1269; 1:00-1268;<br>1:00-1602; 1:00-2441 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

### ~~PROPOSED~~ ORDER

Pursuant to the agreement of the parties, it is hereby ORDERED that the following actions be, and they hereby are, stayed. The parties may seek to lift the stay as to any action for good cause shown.

| | |
|---|---|
| *Cheeseman* v. *Microsoft Corp.*, (No. 1:00-1269) | (Vermont) |
| *Davenport* v. *Microsoft Corp.* (No. 1:00-1268) | (Tennessee) |
| *Klein* v. *Microsoft Corp.* (No. 1:00-1602) | (Minnesota) |
| *Ray* v. *Microsoft Corp.* (No. 1:00-2441) | (Arizona) |

Dated: _November 29, 2004_

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

Submitted by:

/s/ David B. Tulchin
David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer
Jeffrey D. Herschman
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

*Attorneys for Microsoft Corporation*

Reviewed as to form:

/s/ Robert Heuck
Stanley M. Chesley
Robert Heuck II
WAITE, SCHNEINDER, BAYLESS &
  CHESLEY
1513 Central Trust Tower
Fourth and Vine Streets
Cincinnati, Ohio 45202
(513) 621-0267

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD and
  TOLL PLLC
1100 New York Avenune, N.W.
Washington, D.C. 20005
(202) 408-4600

*Plaintiffs' Lead Counsel Committee Co-Chairs*