IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | : MDL DOCKET NO. 1332<br>:<br>: Hon. J. Frederick Motz |
| This Document Relates To:<br><br>*Ray* v. *Microsoft Corp.*,<br>   Case No. 1:00-cv-02441-JFM | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, on March 21, 2000, plaintiff Daniel C. Ray filed a complaint against Microsoft Corporation ("Microsoft") in the Superior Court for the State of Arizona (Maricopa County), alleging claims for damages under the Arizona Uniform State Antitrust Act (Ariz. Rev. Stat. Ann. § 44-1401 *et seq.*), the Arizona Consumer Fraud Act (Ariz. Rev. Stat. Ann. §§ 44-1401 *et seq.*), the Arizona Constitution, art. 14, § 15, and Arizona common law, on behalf of himself and two putative classes;

WHEREAS, Microsoft removed this action to the United States District Court for the District of Arizona, and this action subsequently was transferred to this Court, effective August 31, 2000, pursuant to 28 U.S.C. § 1407 and Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation;

WHEREAS, plaintiff is a member of a certified class in an action against Microsoft pending in Arizona state court, captioned *Friedman* v. *Microsoft Corp.*, No. CV2000-

000722 (Consol.) (Ariz. Super. Ct., Maricopa Co.), and failed to opt out of that class in the time permitted to do so;

WHEREAS, on June 10, 2004, Microsoft and counsel for the certified class of Arizona consumers entered into a Settlement Agreement that resolved that state court action and disposes of all of plaintiff's claims in this action;

WHEREAS, the Arizona state court finally approved that settlement by order dated December 10, 2004;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto by their undersigned counsel, and approved by the Court, that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED, on this, the ___ day of _____, 2005.

_____
Honorable J. Frederick Motz

Agreed to:

Counsel for Defendant

David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Counsel for Plaintiffs

Robert Heuck II
WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
(513) 621-0267